# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER, | CASE NO. CV-F-04-5004 OWW SMS P |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | (Doc. 28) |
| DR. BAUGHMAN, | New Discovery Deadline:   10/05/05 |
| Defendant. | New Motion Deadline:       12/05/05 |

Plaintiff George B. Elder ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2005, plaintiff filed a motion seeking an extension of the discovery deadline. Defendant did not file a response to the motion.

Plaintiff's motion is HEREBY GRANTED. The deadline for the completion of all discovery is extended to **October 5, 2005**. In addition, the court hereby sua sponte extends the deadline for filing pre-trial dispositive motions to **December 5, 2005**.

IT IS SO ORDERED.

**Dated:   August 1, 2005**                              /s/ Sandra M. Snyder
icido3                                                              UNITED STATES MAGISTRATE JUDGE

1