# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER,<br><br>          Plaintiff,<br><br>    v.<br><br>DR. BAUGHMAN,<br><br>          Defendant.<br>_____/ | CASE NO. CV-F-04-5004 OWW SMS P<br><br>ORDER STRIKING MOTION TO COMPEL AND FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT'S ORDER AND FEDERAL RULE OF CIVIL PROCEDURE 37<br><br>(Doc. 26) |

      Plaintiff George B. Elder ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2005, plaintiff filed a motion to compel. Defendant Baughman filed an opposition on June 13, 2005.

      In the discovery and scheduling order issued on January 20, 2005, plaintiff was notified that "[p]ursuant to Federal Rule of Civil Procedure 37(a)(2)(A), a motion to compel must be accompanied by a 'certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action.' A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions." (Doc. 17, 2:7-10.)

      Plaintiff's motion to compel and for sanctions was not accompanied by a certification that plaintiff, in good faith, conferred or attempted to confer with defendant's counsel regarding the

///

///

///

1  discovery dispute. Accordingly, pursuant to the court's order of January 20, 2005, plaintiff's motion
2  to compel and for sanctions is HEREBY STRICKEN from the record.

4  IT IS SO ORDERED.

5  **Dated:      August 1, 2005**                        /s/ Sandra M. Snyder
   icido3                                                UNITED STATES MAGISTRATE JUDGE