UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DR. BAUGHMAN,<br><br>　　　　Defendant.<br>_____/ | 1:04-cv-05004-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 32)<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 21 & 27) |

　　Plaintiff George B. Elder ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On August 2, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.   The Findings and Recommendations, filed August 2, 2005,
8 is ADOPTED IN FULL; and,
9   2.   Plaintiff's motions for preliminary injunctive relief,
10 filed March 28, 2005 and June 8, 2005, are DENIED.

IT IS SO ORDERED.

**Dated:   September 26, 2005**              **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE