# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. BAUGHMAN,<br><br>        Defendant. | CASE NO. 1:04-CV-05004-OWW-SMS-P<br><br>ORDER DENYING REQUEST FOR ISSUANCE OF SUBPOENAS AS PREMATURE<br><br>(Doc. 35) |

    Plaintiff George B. Elder ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2005, plaintiff filed a request seeking the issuance of twelve subpoenas for trial witnesses.

    In the event that this matter is set for trial, the court will provide plaintiff with specific instructions on seeking the attendance of witnesses at trial. Until this matter has been set for trial and plaintiff has received the court's order directing him how to seek the attendance of witnesses, any request concerning trial witnesses is premature. For that reason, plaintiff's request for the issuance of subpoenas is HEREBY DENIED, without prejudice.

    IT IS SO ORDERED.

**Dated:**   **October 27, 2005**             /s/ Sandra M. Snyder
icido3                                           UNITED STATES MAGISTRATE JUDGE

1