# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER, | CASE NO. 1:04-CV-5004-OWW-SMS-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT'S COUNSEL WITH NOTICE OF CHANGE OF ADDRESS AND FILE AMENDED CERTIFICATE OF SERVICE WITH COURT |
| v. | |
| DR. BAUGHMAN, | |
| Defendant. | (Doc. 40) |

Plaintiff George B. Elder ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2005, plaintiff filed a notice of change of address. However, the certificate of service attached to the notice does not state that the notice was served on defendant's counsel.

Plaintiff is required to serve a notice of change of address on defendant's counsel and file an amended certificate of service with the court within **thirty (30) days** from the date of service of this order. <u>The failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order and failure to prosecute</u>.

IT IS SO ORDERED.

Dated:   December 21, 2005           /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE