# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE B. ELDER,

                Plaintiff,

   v.

DR. BAUGHMAN,

                Defendant.

_____/

CASE NO. 1:04-CV-05004-OWW-SMS-P

ORDER GRANTING MOTION SEEKING EXTENSION OF DISPOSITIVE MOTION DEADLINE

<u>New Dispositive Motion</u>
<u>Deadline</u>:     February 6, 2006

       On December 2, 2005, defendant Baughman filed a motion seeking an extension of the dispositive motion deadline.  Plaintiff did not file a response.

       Good cause having been shown, defendant's motion is HEREBY GRANTED.  The pre-trial dispositive motion deadline is extended for both parties to February 6, 2006.

IT IS SO ORDERED.

**Dated:**   **January 10, 2006**          _____
i0d3h8                            **/s/ Sandra M. Snyder**
                               UNITED STATES MAGISTRATE JUDGE