# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. BAUGHMAN,<br><br>　　　　Defendant. | CASE NO. 1:04-CV-05004-OWW-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 44-46) |

Plaintiff George B. Elder ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2006, defendant Baughman filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

<u>Plaintiff is required to file a response to defendant's motion within **thirty (30) days** from the date of service of this order. Plaintiff is warned that if he fails to file a response to defendant's motion, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute</u>.

IT IS SO ORDERED.

**Dated:　April 5, 2006**　　　　　　　　　　／s／ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1