UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. ELDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DR. BAUGHMAN,<br><br>　　　　Defendant.<br>_____/ | 1:04-cv-05004-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 50)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE** (Doc. 49) |

　　　Plaintiff George B. Elder ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On May 23, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within eleven days.  Neither party filed an objection.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 23, 2006, is ADOPTED IN FULL; and

2. This action is DISMISSED, with prejudice, based on plaintiff's failure to obey the Court's order of April 6, 2006, and for failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 24, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE

2